UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

MARLENE AUGUSTINE, KEISHA BROWN,
LISA CABERA, IVETTE FRANCIS, and
TAMMY SMITH

                                  Plaintiffs,           **FED. R. CIV. P. 7.1**
vs.                                                  **DISCLOSURE STATEMENT**

CORNELL UNIVERSITY, WEILL CORNELL MEDICAL        Case No. 14-CV-7807
COLLEGE, AND KRISTEN ADAMS                              (JPO/RLE)
                                          Defendants.           **ECF FILED**

---

Defendants Cornell University and Weill Cornell Medical College, by their attorneys, for the Disclosure Statement pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, state that Cornell University is an educational corporation chartered under Article 115 of the Education Laws of the State of New York and that Weill Cornell Medical College is a college of Cornell University.  N.Y. Educ. Law § 5701 *et seq*.  Cornell University is not a publicly held corporation and it does not have a parent corporation.

Dated: December 15, 2014

                                    S/_____Sheryl Orwel_____
                                    James R. Kahn jkahn@med.cornell.edu
                                    Deputy University Counsel
                                    Sheryl A. Orwel sho2003@med.cornell.edu
                                    Associate University Counsel
                                    Wendy E. Tarlow wet2@cornell.edu
                                    Associate University Counsel
                                    OFFICE OF UNIVERSITY COUNSEL
                                    Weill Cornell Medical College
                                    445 East 69th Street, Suite 405
                                    New York, NY  10021
                                    (212) 746-0463

                                    Attorneys for Defendants